# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

ARTHUR PRIDE,

        Plaintiff,

vs.                                    Case No.   3:09-cv-395-J-32MCR
                                                               3:04-cr-367-J-32MCR

UNITED STATES OF AMERICA,

        Defendant.

_____

## ORDER[1]

This case is before the Court on Petitioner Arthur Pride's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc. 1). The Government, which initially opposed Petitioner's motion (Doc. 7), has withdrawn its opposition and now concedes that Petitioner is entitled to relief as his sentence was improperly enhanced under the Armed Career Criminal Act, 18 U.S.C. § 924(e). (Doc. 17). Accordingly, it is hereby

**ORDERED**:

1. Arthur Pride's Motion to Vacate, Set Aside, or Correct Sentence (Doc. 1) is **GRANTED** pursuant to the United States' concession.

---

[1] Under the E-Government Act of 2002, this is a written opinion and therefore is available electronically. However, it has been entered only to decide the motion or matter addressed herein and is not intended for official publication or to serve as precedent.

2. The criminal judgment as to Arthur Pride (Crim. Doc. 73)[2] is **VACATED**. The resentencing of Arthur Pride will be reset by separate Order of the Court.

3. The Clerk shall enter judgment in favor of Arthur Pride and against the United States, and close the civil case file (3:09-cv-395-J-32MCR).

**DONE AND ORDERED** at Jacksonville, Florida this 12th day of February, 2010.

TIMOTHY J. CORRIGAN
United States District Judge

jmm
Copies:
counsel of record

---

[2] Citations to Petitioner's criminal case file, 3:04-cr-367-J-32MCR, are denoted as "Crim. Doc. ___." Citations to Petitioner's civil § 2255 case file, 3:09-cv-395-J-32MCR, are denoted as "Doc. ___."